IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Edward W. Nottingham**

Criminal Case No. 07–cr–00354–EWN

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. JOHNNY SCOTT WARREN,

    Defendant.

**ORDER AND NOTICE OF SETTINGS**

EDWARD W. NOTTINGHAM, Chief Judge
Jamie L. Hodges, Secretary

    This matter is set for a four-day trial to a jury of twelve, plus alternates, commencing at 9:00 o'clock a.m. on Monday, **December 17, 2007**, in Courtroom A201 of the Alfred A. Arraj United States Courthouse.  Therefore, it is

    **ORDERED** that the deadline for filing all motions is October 30, 2007.  All responses shall be filed by November 6, 2007.  A hearing on the motions, if necessary, is set for **November 13, 2007**, at **9:30 o'clock a.m.**  It is further

    **ORDERED** that a change of plea hearing is scheduled to commence at 2:15 o'clock p.m. on Friday, **November 30, 2007**.  The deadline for submitting the plea agreement and statement of

facts relevant to sentencing and the statement by defendant in advance of plea of guilty is Wednesday, November 28, 2007.

Dated: October 18, 2007