IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Edward W. Nottingham**

Criminal Case No. 07–cr–00354–EWN

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. JOHNNY SCOTT WARREN,

    Defendant.

---

### ORDER SETTING TRIAL PREPARATION CONFERENCE

---

This matter having been set for trial commencing on December 17, 2007, it is now

**ORDERED** as follows:

1. The court will hold a trial preparation conference commencing at 9:00 o'clock a.m. on December 6, 2007, in Courtroom A201 of the Alfred A. Arraj United States Courthouse, Denver, Colorado.

2. In preparing for and participating in the conference, the parties and counsel will follow the Instructions Concerning Preparation for Trial Preparation Conference, a copy of which is available on the court's website, www.cod.uscourts.gov.

Dated this 29th day of November, 2007.

                BY THE COURT:

                s/ Edward W. Nottingham
                EDWARD W. NOTTINGHAM
                Chief United States District Judge