**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. 14-cv-03280-CMA
Criminal Action No. 07-cr-00354-CMA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

JOHNNY SCOTT WARREN,

    Defendant.

**FINAL JUDGMENT**

In accordance with the orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P. 58(a), the following Final Judgment is hereby entered.

Pursuant to the Order Dismissing 28 U.S.C. § 2255 Motion of Judge Christine M. Arguello entered on December 5, 2014 it is

ORDERED that the 28 U.S.C. § 2255 motion (Docket No. 173 filed December 1, 2014) is DISMISSED for lack of jurisdiction. It is

FURTHER ORDERED that the corresponding civil action is dismissed.

Dated at Denver, Colorado this 5th day of December, 2014.

FOR THE COURT:
JEFFREY P. COLWELL, CLERK

By: s/   A. Thomas

Deputy Clerk