**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 14-cv-03335-CMA
Criminal Action No. 07-cr-00354-CMA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

JOHNNY SCOTT WARREN,

    Defendant.

---

**FINAL JUDGMENT**

---

    In accordance with the orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P. 58(a), the following Final Judgment is hereby entered.

    Pursuant to the Order Dismissing 28 U.S.C. § 2255 Motion of Judge Christine M. Arguello entered on February 19, 2015 it is

    ORDERED that the 28 U.S.C. § 2255 motion (Docket No. 176 filed December 5, 2014) is DISMISSED for lack of jurisdiction. It is

    FURTHER ORDERED that the corresponding civil action is dismissed.

    Dated at Denver, Colorado this 20th day of February, 2015.

                                        FOR THE COURT:
                                        JEFFREY P. COLWELL, CLERK

                                 By: s/   A. Thomas

                                        Deputy Clerk